Overton, J.
 

 By the English practice in ordinary cases, an injunction is not obtained until an answer comes in. Not so with us—the injunction here issues with the subpœna generally, though it may be moved for as in England. There, if an answer admits or evades the equitable charges of a bill, the court will grant an injunction. Our courts seem to act upon the same principle in dissolving, that the courts of England do in allowing an injunction.
 

 The situation of the defendant was such, that it is not reasonable to suppose,he knew any thing respecting the transactions of the deceased, which are the subject matter of complaint. He cannot admit or deny that which he knows nothing about; there is no appearance of evasion. If this was an application for an injunction, it could not be granted; it would be equally improper to continue it. The defendant is a non-resident, therefore let the injunction be dissolved upon security being given to refund.